UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
: 
MUSIC ROYALTY CONSULTING, INC., :
: Case No. 18-cv-09480-CM-JW
Plaintiff, :
: Hon. Colleen McMahon
-against- :
: **MOTION OF SARAH**
: **SCHACTER TO WITHDRAW**
RESERVOIR MEDIA MANAGEMENT INC., : **AS COUNSEL OF RECORD**
:
Defendant. :
------------------------------------------------------------ X

    Pursuant to Local Civil Rule 1.4, attorney Sarah Schacter hereby submits this motion to withdraw as counsel of record for defendant Reservoir Media Management Inc. ("Defendant").

    Ms. Schacter will no longer be practicing law with the law firm of Loeb & Loeb, LLP beginning October 21, 2022.  The law firm of Loeb & Loeb, LLP, including attorneys Barry I. Slotnick, Evan K. Farber, and Noah Weingarten will continue to represent the Defendant.

    Prosecution of this of this action will not be disrupted or delayed by Ms. Schacter's withdrawal, and there are no restraining or charging liens currently being asserted.

    WHEREFORE, for the foregoing reasons, attorney Sarah Schacter requests the Court remove Ms. Schacter as counsel of record in this case, and discontinue noticing through the CM/ECF system.

DATED: October 21, 2022
      New York, New York

**LOEB & LOEB LLP**

By: */s/ Sarah Schacter*
    Sarah Schacter
    Barry I. Slotnick
    Evan K. Farber
    Noah Weingarten
    345 Park Avenue
    New York, NY 10154
    Tel: (212) 407-4000
    Fax: (212) 407-4900
    sschacter@loeb.com
    bslotnick@loeb.com
    efarber@loeb.com
    nweingarten@loeb.com

*Attorneys for Defendant*
*Reservoir Media Management Inc.*