UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Music Royalty Consulting, Inc.,

                    Plaintiff(s),

      -against-

Reservoir Media Management Inc.,

                    Defendant(s).
-------------------------------------------------------X

18 Civ. 9480 (CM)

**AMENDED**
**TRIAL NOTICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/2023

Please take notice that the above captioned matter has been **re-scheduled** for a Final Pretrial Conference **before the Honorable Colleen McMahon, United States District Judge, on Thursday, September 7, 2023 at 10:00 a.m., in courtroom 24A, at the U. S. District Courthouse, 500 Pearl Street, New York, New York 10007. Trial has been re-scheduled for Monday, October 2, 2023 at 9:30 a.m.** Parties are directed to file all trial documents required by Judge McMahon's Individual Practices. Originals must be filed in the Clerk's Office and courtesy copies are to be provided to chambers.

Dated: July 11, 2023
       New York, New York

                                            So Ordered

                                            Colleen McMahon, U.S.D.J